FILED
CLERK, U.S DISTRICT COURT
SEP 2 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SRP 2010-6, LLC<br><br>    Plaintiff,<br><br>v.<br><br>RONALD WULFF FARTZZWELD, INVESTMENTS, RONALD WULFF FARTZZWELD, WILLIAM JOHN DOWLAND,<br><br>    Defendants. | CV 14-04574-UA -DUTY<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO CORRECT ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE AND REQUEST TO REMAND |

  Upon consideration of plaintiff, SRP 23010-6, LLC ("Plaintiff")'s unopposed application for an order Correcting the Order Re: Leave to File Action Without Prepayment of Filing Fee entered on June 24, 2014 ("June 24 Order") and for an Order of Remand, and good cause appearing therefore:

  IT IS ORDERED that:

  1. Plaintiff's Application is GRANTED.

2.    The June 24, 2014 Order Re Leave to File Action Without Prepayment of Filing Fee is corrected to refer to William John Dowland as "Defendant" in place of "Plaintiff".

3.    This action is ordered remanded to the Los Angeles County Superior Court, Chatsworth Courthouse, 9425 Penfield Avenue, Chatsworth, CA 91311, Case No. PC054713 for lack of subject matter jurisdiction.

DATED: __9/25/14__

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,
Dated: September 22, 2014

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE